**UNITED STATES of America ex rel.
Michael ADESSO, Relator,**

v.

**Edward M. FAY, Warden of Green Haven
Prison, Stormville, New York,
Respondent.**

United States District Court
S. D. New York.

Oct. 6, 1964.

———◇———

Michael Adesso, pro se.

Louis J. Lefkowitz, Atty. Gen. of State of New York, New York City, Joel Lewittes, Asst. Atty. Gen., of counsel, for respondent.

WEINFELD, District Judge.

Relator is imprisoned pursuant to a judgment entered in April 1945 on the verdict of a jury which, in accordance with New York's then existing procedure, was permitted to determine the factual dispute as to the voluntariness of his confession, as well as the ultimate issue of guilt or innocence under a general verdict—a procedure which the Supreme Court, in Jackson v. Denno, 378 U.S. 368, 84 S.Ct. 1774, 12 L.Ed.2d 908 (1964), found violated the due process clause of the Fourteenth Amendment.

The petitioner now seeks his immediate release from custody and states that he "waives" any right to a hearing to which he may be entitled. However, the State, no less than the Federal courts, has an interest in fashioning proper constitutional standards in the administration of its criminal laws. Since the Supreme Court has held the State's procedure under which petitioner was convicted failed to provide the proper constitutional safeguards, "It is New York, * * * not the federal habeas corpus court, which should first provide [petitioner] with that * * * to which he is constitutionally entitled—an adequate evidentiary hearing productive of reliable results concerning the voluntariness of his confession." Jackson v. Denno, 378 U.S. at 394, 84 S.Ct. at 1790.

The petition is dismissed.